UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                            Case No.: 2:12-cr-40-FtM-99DNF

MICHAEL LENTZ
_____

**ORDER**

This matter comes before the Court on *sua sponte*. On March 8, 2012, the Court granted a $100,000 signature bond with terms and conditions for release. See Order Doc. #13. The Defendant was placed on home incarceration where he is restricted to his residence at all times except for medical needs or treatment, religious services or court appearances pre-approved by Pre-trial Services. Therefore, the standard requirement to seek and/or maintain employment is not necessary and should be removed as a condition of release.

Accordingly, it is now **ORDERED:**

The employment requirement is hereby removed as a condition of release.

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record